UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN EUBANKS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    No. 25-cv-2799 |
| SERGEANT ERIKA MYERS, *et al.*,<br>    Defendants. | :<br>:<br>: |

### O R D E R

**AND NOW**, this 2nd day of January, 2026, upon consideration of the Motion to Dismiss for Failure to State a Claim (ECF No. 13) and Motion to Dismiss for Lack of Prosecution (ECF No. 18) filed by Defendants Sergeant Erika Myers and Detective Lackman, and Plaintiff Shawn Eubanks's failure to comply with the Court's Orders (ECF Nos. 11, 12, 14, 15, 19), it is **ORDERED** that:

1. The Motion to Dismiss for Lack of Prosecution (ECF No. 18) is **GRANTED**.

2. The Complaint is **DISMISSED WITH PREJUDICE** due to Eubanks's failure to prosecute this case, for the reasons stated in the Court's accompanying Memorandum applying the factors announced in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).

3. Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 13) is **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                          BY THE COURT:

                                          */s/ Joseph F. Leeson, Jr.*
                                          **JOSEPH F. LEESON, JR.**
                                          **United States District Judge**